WILLIAM H. WARNER, as Assignee, etc., Appellant, *v.* CLARENCE H. LAKE, as Sheriff, etc., Respondent.

(Argued October 3, 1893; decided November 28, 1893.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made June 23, 1892, which reversed a judgment in favor of plaintiff entered upon a verdict and granted a new trial.

*Moses Shire* for appellant.

*Adelbert Moot* for respondent.

Agree to affirm and for judgment absolute on stipulation; no opinion.

All concur.

Order affirmed, and judgment accordingly.

---

JOHANNA MOSKOVITZ et al., as Administrators, etc., Respondents, *v.* CHARLES LIGHTE et al., Appellants.

(Argued October 18, 1893; decided November 28, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 20, 1893, which affirmed a judgment in favor of plaintiffs entered upon a verdict and affirmed an order denying a motion for a new trial.

*J. Aspinwall Hodge* for appellants.

*Edgar J. Nathan* for respondents.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.